IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>   Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>   Respondent. | **8:20CV81**<br><br>**ORDER** |
| MARVEL JONES,<br><br>   Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>   Respondent. | **8:20CV275**<br><br>**ORDER** |

Upon consideration,

IT IS ORDERED that:

1. Respondent's Motion to Seal (filing 22, Case No. 8:20cv81; filing 23, Case No. 8:20cv275) is granted.

2. Respondent's Partial Designation of State Court Records (filing 23, Case No. 8:20cv81; filing 24, Case No. 8:20cv275) shall be filed under seal.

Dated this 1st day of April, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge