# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>    Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>    Respondent. | **8:20CV81**<br><br>**MEMORANDUM AND ORDER** |
| MARVEL JONES,<br><br>    Petitioner,<br><br>vs.<br><br>TOM BARR,<br><br>    Respondent. | **8:20CV275**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on Respondent's Motion to Substitute Respondent. (Filing 27, Case No. 20CV81; Filing 28, Case No. 8:20CV275.) Upon careful consideration,

IT IS ORDERED that Respondent's Motion to Substitute Respondent (filing 27, Case No. 20CV81; filing 28, Case No. 8:20CV275) is granted. The clerk's office is directed to update the court's records to reflect that Don Whitmire is the sole proper respondent in these consolidated cases.

Dated this 4th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge