# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>      Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>      Respondent. | **8:20CV81**<br><br>**ORDER** |
| MARVEL JONES,<br><br>      Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>      Respondent. | **8:20CV275**<br><br>**ORDER** |

This matter is before the court on Respondent's Motion to Extend Deadline and Amended Motion to Extend Deadline. (Filings 29 & 30, Case No. 20CV81; Filings 30 & 31, Case No. 8:20CV275.) Upon careful consideration,

IT IS ORDERED that:

1. Respondent's Motion to Extend Deadline (filing 29, Case No. 20CV81; filing 30, Case No. 8:20CV275) is denied as moot.

2. Respondent's Amended Motion to Extend Deadline (filing 30, Case No. 20CV81; filing 31, Case No. 8:20CV275) is granted. Respondent shall have until May 19, 2021, to file his Answer and brief.

Dated this 19th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge