# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>　　　　　Respondent. | **8:20CV81**<br><br>**ORDER** |
| MARVEL JONES,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>　　　　　Respondent. | **8:20CV275**<br><br>**ORDER** |

IT IS ORDERED that:

1. Respondent's Motion to Restrict (filing 32, Case No. 20CV81; filing 33, Case No. 8:20CV275) is granted. Respondent's Answer (filing 33, Case No. 20CV81; filing 34, Case No. 8:20CV275) and Brief in Support (filing 34, Case No. 20CV81; filing 35, Case No. 8:20CV275) shall be filed under restricted access.

2. Petitioner is advised that his brief in response to Respondent's Answer and Brief in Support is due on June 18, 2021.

3. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **June 18, 2021**: Petitioner's brief in response due.

Dated this 21st day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge