IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>　　　　　Respondent. | **8:20CV81**<br><br>**ORDER** |
| MARVEL JONES,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>　　　　　Respondent. | **8:20CV275**<br><br>**ORDER** |

This matter is before the court on Petitioner's Objection to Respondent's Motion for Extension of Time to file his Answer and Brief. (Filing 36, Case No. 8:20CV81; Filing 37, Case No. 8:20CV275.) The court granted Respondent's Motion for Extension of Time (filing 30)[1] on May 19, 2021, and Respondent filed his Answer (filing 33) and Brief in Support (filing 34) that same day. Accordingly,

IT IS ORDERED that:

1. Petitioner's Objection (filing 36, Case No. 8:20CV81; filing 37, Case No. 8:20CV275) is denied as moot.

---

[1] Citations to the record are to the lead case, 8:20CV81, unless otherwise noted.

2. Petitioner is advised that his brief in response to Respondent's Answer and Brief in Support is due on June 18, 2021.

Dated this 24th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge