IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>                Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>                Respondent. | **8:20CV81**<br><br>**ORDER** |
| MARVEL JONES,<br><br>                Petitioner,<br><br>vs.<br><br>DON WHITMIRE,<br><br>                Respondent. | **8:20CV275**<br><br>**ORDER** |

This matter is before the court on Petitioner's Motion for Case Progression, which the court construes as a motion for status. (Filing 42, Case No. 8:20CV81; Filing 43, Case No. 8:20CV275.) Petitioner asks this court for a ruling on his habeas petition as soon as possible. This matter is fully briefed, and the court will issue a ruling on the pending habeas petition forthwith in accordance with the court's response to the recent petition for a writ of mandamus filed by Petitioner with the Eighth Circuit Court of Appeals. (*See* Filings 43–45, Case No. 8:20CV81; Filings 44–46, Case No. 8:20CV275.)

IT IS THEREFORE ORDERED that: Petitioner's Motion for Case Progression, construed as a motion for status (filing 42, Case No. 8:20CV81; filing 43, Case No. 8:20CV275), is granted in accordance with this order.

Dated this 20th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge